CLERK'S OFFICE U.S DIST COURT
AT DANVILLE, VA
FILED
Roanoke
FEB 18 2010
JOHN F. CORCORAN, CLERK
BY: /s/
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| GEORGE WILLIAM JONES, ) | Civil Action No. 7:09-cv-00479 |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| WESTERN VA REGIONAL JAIL, ) | By: Hon. Jackson L. Kiser |
| Defendant. ) | Senior United States District Judge |

In accordance with the written memorandum opinion entered this day, it is hereby

**ORDERED**

that plaintiff is **GRANTED** leave to proceed in foma pauperis; the complaint is **DISMISSED** without prejudice for failing to state a claim upon which relief may be granted, pursuant to 28 U.S.C. §§ 1915(e)(2)(B)(ii), 1915A(b)(1); and the case is **STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to the plaintiff.

ENTER: This 18th day of February, 2010.

/s/ Jackson L. Kiser
Senior United States District Judge